■ In the Matter of the Claim of FRANCESCO MANGIOVI, Respondent, v. GOODSTEIN BUILDING CORP. et al., Respondents, and CHELSEA LANE APTS., Co. et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.— AULISI, J. Appeal by Chelsea Lane Apartments Company (Chelsea) and its insurance carrier from a decision of the Workmen's Compensation Board which found claimant was its employee and affirmed an award. Appellants contend that claimant was an employee of Goodstein Building Corporation (Goodstein) in that he was hired and under the supervision of an alleged employee of Goodstein. Chelsea was the owner of premises at 6-16 West 16th Street in New York City where it was erecting apartments. All expenses including compensation insurance were borne by Chelsea and both claimant and the other alleged Goodstein employee were paid by Chelsea. Apparently Goodstein received a fee as a consultant to oversee the various phases of construction. At most there is presented upon this appeal only a question of fact and since the board's determination is supported by substantial evidence it must be affirmed. Decision affirmed, with costs to respondent-employer and carrier against appellants. Gibson, P. J., Herlihy, Reynolds and Taylor, JJ., concur.

■ JEAN ALESCHUS, by ELEANOR ALESCHUS, Her Guardian ad Litem, et al., Appellants, v. JERRY VINCIGUERRA et al., Respondents.— REYNOLDS, J. Appeal from a judgment of the Supreme Court, Schenectady County, entered upon a jury verdict of no cause of action and from an order of that court to set aside the verdict pursuant to CPLR 4404. We find present nothing but issues of fact and credibility which were properly submitted for the jury's deliberation and find no reason to disturb its determination. Nor do we find that any of the additional grounds advanced, if, in fact, error, would warrant a reversal here. Judgment and order affirmed, without costs. Herlihy, J. P., Taylor, Aulisi and Staley, Jr., JJ., concur.